IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CARYL JEAN DECKER and DENNIS DECKER, *Plaintiffs*, v. TARGET CORPORATION, a Minnesota corporation, *Defendant*. | **ORDER RE JURY QUESTIONNAIRE** Case No. 1:16-cv-00171-JNP-BCW District Judge Jill N. Parrish |

The court has reviewed the parties' proposed confidential juror questionnaire. Using this as a basis, the court has crafted a confidential juror questionnaire that asks questions in plain language and avoids unnecessary duplication. The court also proposes additional questions that will be read from the bench. The court proposes to give the potential jurors the cover letter, questions from the bench, and questionnaire attached to this Order. Any objections or requests for additional questions must be submitted by Friday, October 12, 2018 at 12:00p.m. Any objections not submitted by that time shall be deemed waived.

Dated October 10, 2018

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge